JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 653 -- In re American Principals Securities Litigation

| Date | No. | Pleading Description |
|------|-----|----------------------|
| 85/07/01 | 1 | MOTION, BRIEF, SCHEDULE, EXHIBITS AND CERTIFICATE OF SERVICE -- Deft. Dale & Lloyd -- SUGGESTED TRANSFEREE DISTRICT: S.D. CALIFORNIA; SUGGESTED TRANSFEREE JUDGE: ? (cds) |
| 85/07/15 | 2 | REQUEST FOR EXTENSION OF TIME FOR FILING RESPONSE -- deft. Finalco, Inc. -- GRANTED TO ALL PARTIES TO AND INCLUDING 7/23/85 (cds) |
| 85/07/15 | | APPEARANCES: MAX FACTOR, III, ESQ. for John A. Bussell, M.D., etc.; MICHAEL D. McCaffrey, Esq. for Joseph A. Koehler, et al., Robert B. Hauser, et al. and Mercer L. McClure, et al.; PETER J. MORT, ESQ. for John L. Baumgarten, et al., Kim J. Avarell, Richard Christensen, etc. and Vernon Hall, et al.; LON D. PACKARD, ESQ. for Robert D. Kenney, et al.; JOHN H. L'ESTRANGE, JR., ESQ. for Earl Lewis, et al.; STEPHEN P. OGGEL, ESQ. for Greenamyer Engineering & Tech.; CHRISTOPHER LAQUER, ESQ. for Raymond Curtis, et al. and Wayne Jett; JEROME M. ALPER, PRO SE; J.E. SCHNEIDER, ESQ. for Am. Principals Leasing Corp. Investors Trust; DONALD SALEM, ESQ. for Coopers & Lybrand; RICHARD F. OETTING, ESQ. for Crouch & Bannasch; HOWARD L. MAYO, ESQ. for Alfred Davino; KENNETH G. HAUSMMAN, ESQ. for First Nat'l Financial Corp., First Nationwide S & L Assn., First Nationwide Savings, United Financial Corp. of San Fran.; MICHAEL L. KIRBY, ESQ. for Private Ledger Financial Services, Inc.; MITCHELL LATHROP, ESQ. for Rogers & Wells; HUGH & CLAUDETTE SACKETT, PRO SE; EUGENE BELL, ESQ. for Titan Capital Corp.; RAYMOND F. ZVETINA, ESQ. for W. Carl Zimmerman and Margaret Zimmerman; DAVID DOYLE, ESQ. for William J. Dale and Dale & Lloyd; JAMES KRAUSE, ESQ. for Joseph Adler, et al. and Ralph Vawter, et al.; DOUGLAS SMITH, ESQ. for Mitchell Halopoff, et al.; JAMES M. GANSINGER, ESQ. for Ashley S. Orr, Am. Principals Corp., Am. Principals Leasing Corp., American Partners, Inc., American Windpower, Inc., American Principals Financial Corp.; ARNOLD M. STONE, ESQ. for Frank Adams, et al. (cds) |
| 85/07/15 | 3 | LETTER (requesting that defendant SoftPros, Inc. be removed from PASL) -- signed by Jerry W. Jewell, president of SoftPros (cds) |
| 85/07/16 | | APPEARANCES: RICK LUND, ESQ. for C.R. Schaeffner, et al.; DAVID ROTTONBERG, ESQ. for Richard S. Brand, Lute Mason, Duane Rainville, Vincent (Val) Clenard; R. KEITH McKELLOGG, ESQ. for La Jolla Bank & Trust Co.; PAUL B. WELLS, ESQ. for William A. Fates (cds) |

JPML FORM 1A                                                p. 2

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 653-- In re American Principals Securities Litigation

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 85/07/19 | 4 | JOINDER IN MOTION -- deft. Private Ledger Financial Services, Inc. -- w/declaration of Thomas W. Bettles, Attachment and cert. of service  (cds) |
| 85/07/22 | 5 | JOINDER IN MOTION -- deft. William A. Fates -- w/cert. of service  (cds) |
| 85/07/22 | 6 | JOINDER IN MOTION -- deft. Thomas Scheuneman --  w/cert. of service  (cds) |
| 85/07/26 | 7 | JOINDER IN MOTION -- deft. Crouch and Bannasch -- w/cert. of service  (cds) |
| 85/07/26 | 8 | JOINDER IN MOTION -- deft. Hugh F. Sackett -- w/cert. of service  (this joinder includes one additional action not mentioned in original motion B-33 Jan E. Jester, et al. v. September Partners, Ltd., et al., C.D. Cal., C.A. No. 85-2218-S) (cds) |
| 85/07/29 | | AMENDED CERTIFICATE OF SERVICE -- deft. Dale & Lloyd -- attached to pleading no. 1  (cds) |
| 85/07/30 | | APPEARANCES:  RONALD J. SILVERMAN, ESQ. for Hugh F. Sackett & Claudette Sackett; ROBERT J. DeMARCO, ESQ. for Imperial Bank; (paa) |
| 85/07/31 | 9 | RESPONSE -- pltfs. Jerome Alper, et al. -- w/cert. of service (cds) |
| 85/07/31 | 10 | REPLY -- Dale & Lloyd and William Dale -- w/cert. of service (cds) |
| 85/08/05 | | APPEARANCE:  WILLIAM H. NAUMANN, ESQ. for David L. Rosier  (rh) |
| 85/08/06 | | APPEARANCE:  JOSEPH SHEMARIA, ESQ. for Francis Buzun  (rh) |
| 85/08/08 | | APPEARANCES:  WILLIAM E. GRAUER, ESQ. FOR Crown Life Ins. Co. of Canada, Donald G. Payne and Robert A. Bandeen;  LAWRENCE I. WASHOR, ESQ. for Edward R. Whitehurst; GERALD L. McMAHON, ESQ. FOR La Jolla Bank & Trust Co. (cds) |
| 85/08/16 | | HEARING ORDER -- Setting motion to transfer for Panel Hearing on Sept. 19, 1985 in Indianapolis, Indiana (rh) |
| 85/08/23 | | APPEARANCE -- THOMAS N. MAKRIS, ESQ. for Argus ASsociates, Richard McFarland, Equity Engineering and Carol Godsave (ds) |
| 85/08/30 | | APPEARANCE:  Wm. Frank Carroll, Esq. for Brock Hotel Corp., ShowBiz Pizza Place, Inc., and Brock Suite Hotels, Inc.  (cds) |
| 85/09/04 | | APPEARANCE -- William C. Smitherman, Esq. for Edwin G. Hubert (rew) |

P. 3

653   In re American Principals Securities Litigation

| | | |
|---|---|---|
| 85/09/10 | | APPEARANCE -- WILLIAM M. SMILAND, ESQ. for Donald R. Paolilli (ds) |
| 85/09/16 | 11 | LETTER REQUESTING ACTION ADDED TO PANEL HEARING -- Harold M. Goodman v. American Principals Holdings, Inc., et al., D. Kansas, C.A. No. 85-4135-R -- signed by Anjani Mandavia, counsel for Hugh F. and Claudette Sackett -- REQUEST DENIED, ACTION WILL BE CONSIDERED AS TAG-ALONG (cds) |
| 85/09/18 | | ALL WAIVER OF ORAL ARGUMENT (rh) |
| 85/09/23 | | APPEARANCE: MICHAEL J. AGUIRRE, ESQ. for Francis Buzun, Robert E. Peck, et al., Dr. Gary Edward Glasgow, et al. (cds) |
| 85/10/08 | | CONSENT OF TRANSFEREE COURT -- consenting to the assignment of litigation to the Hon. Gordon Thompson, Jr. in the Southern District of California pursuant to 28 U.S.C. §1407. (rh) |
| 85/10/08 | | TRANSFER ORDER -- transferring litigation to the S.D. California pursuant to 28 U.S.C. §1407 to the Hon. Gordon Thompson, Jr. -- Notified involved counsel, judges, misc. recipients and clerks (rh) |
| 85/10/10 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- B-34 Harold M. Goodman v. American Principals Holdings, Inc., et al., D. Kansas, C.A. No. 85-4135-R. B-35, Ernest Schaeffer, et al. v. Ocean Search-II, Ltd., et al., C.D. California, C.A. No. 85-2337-KN-(BX). Notified involved judges and counsel. (paa) |
| 85/10/28 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- B-34) Harold M. Goodman v. American Principals Holdings, Inc., et al., D. Kansas, C.A. No. 85-4135-R; (B-35) Ernest Schaeffer, et al. v. Ocean Search-II, Ltd., et al., C.D. California, C.A. No. 85-2337-KN(BX) -- NOTIFIED INVOLVED JUDGES AND CLERKS (cds) |
| 86/06/16 | 12 | MOTION, BRIEF, SCHEDULE OF ACTION -- C-36 Harold M. Goodman v. Donald F. George, et al., D. Kansas, C.A. No. 86-4136-R -- (want action transfer to the S.D. California) Filed by Defts. B.C. Christopher and Company and B.C. Christopher Securties Co. -- w/cert. of svc. (rh) |

JPML FORM 1A

DOCKET ENTRIES

p. 4

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 653-- _In re American Principals Securities Litigation_

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 86/07/01 | 13 | REQUEST FOR EXTENSION OF TIME FOR FILING RESPONSE -- pltf. Harold Goodman -- GRANTED TO PLAINTIFF TO AND INCLUDING 7/21/86 -- NOTIFIED INVOLVED COUNSEL. (paa) |
| 86/07/18 | 14 | RESPONSE/BRIEF (to pldg. #12) -- pltf. Harold M. Goodman -- w/cert. of service (cds) |
| 86/07/25 | 15 | REQUEST FOR EXTENTION OF TIME FOR FILING RESPONSE -- Defendants B.C. Christopher & Co. & B.C. Christopher Securities Co. -- GRANTED TO ALL PARTIES TO AND INCLUDING JULY 29, 1986. (paa) |
| 86/07/30 | 16 | RESPONSE TO PLDG. #14 -- Defendants B.C. Christopher & Co. & B.C. Christopher Securities Co. -- W/cert. of svc. (paa) |
| 86/08/15 | | HEARING ORDER -- Setting motion of B.C. Christopher & Co., et al. for transfer B-34 Goodman v. George, D. Kansas, C.A. No. 86-4136-R, on September 25, 1986 in Pittsburgh, Pa., (paa) |
| 86/09/25 | | ALL WAIVED ORAL ARGUMENT (cds) |
| 86/10/06 | | TRANSFER ORDER -- TRANSFERRING C-36 Harold M. Goodman v. Donald F. George, et al., D. Kansas, C.A. No. 86-4136-R to the Southern District of California -- NOTIFIED clerks, judges and counsel. (paa) |

JPML Form 1

Revised: 8/78

## DOCKET NO. 653 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re American Principals Securities Litigation

### SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| Sept. 19, 1985 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | Oct. 8, 1985 | TO | unpublished | S.D. California | Hon. Gordon Thompson, Jr. | |

C. E. Reichenberg, Deputy
940 Front Street
Room 1N20
San Diego, CA  92189

619-293-5600

**Special Transferee Information**

DATE CLOSED: 12/18/91

JPML FORM 1

LISTING OF INVOLVED ACTIONS

S.D. Calif.
Judge Gordon Thompson, Jr.

DOCKET NO. 653 -- In re American Principals Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Francis Buzun v. Private Ledger Financial, Inc., et al. | Cal.,C. Tashima | 85-2298-AWT 85-1711-67 (M) | | | final settlement 12-18-91 D | 1604 to Cal S |
| A-2 | John A. Bussell, et al. v. Coopers & Lybrand, et al. | Cal.,C. Hatter | 85-2330-TJH (Kx) | 10-8-85 | 85-1869 | 12-18-91 D | |
| A-3 | Robert E. Peck, et al. v. American Principals Holding Co., Inc., et al. | Cal.,S. Thompson | 85-0949-GT (CN) | | | 12-18-91 D | |
| A-4 | C.R. Schaeffner, et al. v. American Principals Holding Co., Inc., et al. | Cal.,S. Nielsen Thompson | 85-0992-N (I) | | | 12-18-91 D | |
| A-5 | Gerald J. Rosen, et al. v. American Principals Holdings, Inc., et al. | Cal.,S. Enright Thompson | 85-993-E (CM) | | | 12-18-91 D | |
| A-6 | Mercer L. McClure, et al. v. American Principals Corp., et al. | Cal.,S. Schwartz Thompson | 85-0997-S (IEG) | | | 12-18-91 D | |
| A-7 | Robert B. Hauser, et al. v. American Principals Corp., et al. | Cal.,S. Brewster Thompson | 85-1009-B (IEG) | | | 12-18-91 D | |
| A-8 | John L. Baumgarten, et al. v. American Principals Holdings, Inc., et al. | Cal.,S. Thompson | 85-1049-GT (M) | | | 4/19/88 D | |
| A-9 | William Lehner v. American Principals Holding Company, Inc., et al. | Cal.,S. Schwartz Thompson | 85-1172-S (M) | | | 12-18-91 D | |
| A-10 | M.B. Dalitz, etc. v. American Principals Holdings, Inc., et al. | Cal.,S. Nielsen Thompson | 84-2001-N (I) | | | 12-18-91 D | |
| A-11 | Robert D. Kenney, et al. v. American Principals Corp., et al. | Cal.,S. Enright Thompson | 84-2907-E (CM) | | | 12-18-91 D | |
| A-12 | Earl Lewis, et al. v. Titan Capital Corp., et al. | Cal.,S. Enright Thompson | 85-0952-E (IEG) | | | 12-18-91 D | |

DOCKET NO. 653 -- In re American Principals Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-13 | Mark Calvin Witmer, et al. v. American Principals Holdings, Inc., et al. | Cal.,S. Thompson | 85-0966-GT (CM) | | | 12-18-91 D | |
| A-14 | Dr. Gary Edward Glasgow, et al. v. American Principals Holding Co., Inc, et al. | Cal.,S. ~~Gilliam~~ Thompson | 85-0971-G (IEG) | | | 12-18-91 D | |
| A-15 | Greenamyer Engineering and Technology Co., Inc. v. American Principals Holdings Inc., et al. | Cal.,S. ~~Brewster~~ Thompson | 85-0987-B (M) | | | 12-18-91 D | |
| A-16 | Joseph A. Koehler, et al. v. American Principals Corp., et al. | Cal.,S. Thompson | 85-0998-GT (CM) | | | 12-18-91 D | |
| A-17 | Joseph Adler, et al. v. American Principals Holdings, Inc., et al. | Cal.,S. Thompson | 85-0999-GT (M) | | | 12-18-91 D | |
| A-18 | Mitchell Halopoff, et al. v. American Principals Holdings, Inc., et al. | Cal.,S. ~~Enright~~ Thompson | 85-1000-E (I) | | | 12-18-91 D | |
| A-19 | Raymond E. Curtis, et al. v. American Principals Corp., et al. | Cal.,S. ~~Brewster~~ Thompson | 85-1005-B (M) | | | 12-18-91 D | |
| A-20 | Wayne Jett v. American Principals Corp., et al. | Cal.,S. ~~Enright~~ Thompson | 85-1006-E (I) | | | 12-18-91 D | |
| A-21 | Frank Adams, et al. v. American Principals Corp., et al. | Cal.,S. ~~Enright~~ Thompson | 85-1011-E (CM) | | | 12-18-91 D | |
| A-22 | Donald R. Paolilli, et al. v. American Principals Holdings, Inc., et al. | Cal.,S. Thompson | 85-1013-G (IEG) | | | 12-18-91 D | |
| A-23 | William J. MacDonald, et al. v. American Principals Holdings, Inc., et al. | Cal.,S. ~~Nielsen~~ Thompson | 85-1017-N (I) | | | 12-18-91 D | |
| A-24 | Kim J. Avarell, et al. v. American Principals Holdings, Inc., et al. | Cal.,S. Enright | 85-1047-E (I) | | | 5/12/88 D | |

DOCKET NO. 653 -- In re American Principals Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-25 | Kim J. Avarell, et al. v. American Principals Holdings, Inc., et al. | Cal.,S. Gilliam | 85-1048-G (IEG) | | | 4/18/88 D | |
| A-26 | Richard Christensen, etc. v. American Principals Holdings, Inc., et al. | Cal.,S. Schwartz | 85-1050-S (CM) | | | 12-18-91 D | |
| A-27 | Vernon Hall, et al. v. American Principals Holdings, Inc., et al. | Cal.,S. Enright | 85-1051-E (I) | | | 1/20/86 D | |
| A-28 | Ralphe Vawter v. American Principals Holdings, Inc., et al. | Cal.,S. Keep | 85-1052-K (M) | | | 12-18-91 D | |
| A-29 | Jerome M. Alpier, et al. v. American Principals Holdings, Inc., et al. | D.C. Johnson | 85-1115 | 10-8-85 | 85-2481 | 12-18-91 D | |
| A-30 | Roger E. Bessmer v. Desert Sky Investors, Ltd., et al. | Kan. Saffels | 85-2228 | 10-8-85 | 85-2982 | 12-18-91 D | |
| A-31 | Twin City Freight, Inc., et al. v. American Principals Corp., et al. | Minn. Rosenbaum | 4-85-CIV-532 | 10-8-85 | 85-2454 | 12-18-91 D | |
| A-32 | Robert Lieberman, et al. v. Dallas-American Partners, Ltd., et al. | N.J. Stern | 85-1351 | | | 5/7/85 | |
| B-33 | Jan E. Jester, et al. v. September Partners, Ltd., et al. | Kan. Saffels | 85-2218-S | 10-8-85 | 85-2983 | 12-18-91 D | on pldg #8 |
| B-34 | Harold M. Goodman v. American Principals Holdings, Inc., et al 10/10/85 | Kan. Rogers | 85-4135-R | 11/... | 85-2710 | 12-18-91 D | |
| B-35 | Ernest Schaeffer, et al. v. Ocean Search-II, Ltd., et al 10/10/85 | Cal.,C. Kenyon | 85-2337-KN-(Bx) | 11/26 | 85-2711-GT (M) | 12-18-91 D | |

July 1986 — 7 TR; 27 XYZ; 1 Dis; 33 Pldg

DOCKET NO. 653 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-36 | Harold M. Goldman v. Donald F. George et al. | Kan | 86-4136-R | 10/6/86 | 86-2093 | 12/18/91 D | FS |
| XYZ-37 | Crown Life Inc. v. Coopers & Lybrand, et al. | Cal.,S. | 86-2210 -GT(M)- | | | 12-14-88 D | |

July 1987 — 1 TR / 1 XYZ / 35 Pdg.
July 1988 — Same
July 1989 — 4 Dis / 31 Pdg.
July 1990 — Same
July ~~1991 — Same~~
July 1992 — 31 dismissals - Litigation Closed

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 653 -- In re American Principals Securities Litigation

Coordinating Counsel (See Luddy Letter dated Oct. 16, 1985)

PLAINTIFFS COORDINATING COUNSEL
Armond M. Stone, Esquire
10880 Wilshire Boulevard
Suite 1007
Los Angeles, CA  90024-4112

DEFENDANTS COORDINATING COUNSEL
Donald L. Salem, Esquire
Luce, Forward, Hamilton & Scripps
110 West "A" St., Suite 1700
San Diego, CA  92101

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO.  653 -- In re American Principals Securities Litigation

FRANCIS BUZUN (A-1)
Joseph Skemaria, Esq.
Great Western Savings Bldg.
8484 Wilshire Blvd., Suite 650
Beverly Hills, CA 90211
(NO APPEARANCE RECEIVED)

JOHN A. BUSSELL, ET AL. (A-2)

Thomas Makris, Esq.
Rosenblum, Parish & Bacigalupi
114 Sansome Street
San Francisco, CA 94104

FRANCIS BUZUN (A-1)
ROBERT E. PECK, ET AL. (A-3)
DR. GARY EDWARD GLASGOW, ET AL. (A-14)
Michael J. Aguirre, Esq.
Patricia A. Meyer, Esq.
1060 Eighth Avenue, Suite 300
San Diego, CA 92101

C.R. SCHAEFFNER, ET AL. (A-4)
Rick Lund, Esq.
Rick L. Lund & Associates
3151 Airway, Suite C-1
Costa Mesa, CA 92626

GERALD J. ROSEN, ET AL. (A-5)
Clayton M. Anderson, Esq.
7777 Alvarado Road, Suite 409
La Mesa, California 92041

MERCER L. McCLURE, ET AL. (A-6)
ROBERT B. HAUSER, ET AL. (A-7)
JOSEPH A. KOEHLER, ET AL. (A-16)
Michael D. McCaffrey, Esq.
McKittrick, Jackson, DeMarco &
Peckenpaugh
4041 MacArthur Blvd., 5th Floor
Post Office Box 2710
Newport Beach, CA 92658-8995

JOHN L. BAUMGARTEN, ET AL. (A-8)
KIM AVARELL, ET AL. (A-24)
KIM AVARELL, ET AL. (A-25)
RICHARD CHRISTENSEN, ETC. (A-26)
VERNON HALL, ET AL. (A-27)
Peter J. Mort, Esq.
Dye, Thomas, Luebs & Ingalls
3737 Main Street, Suite 1010
P.O. Box 1609
Riverside, CA 92502

WILLIAM LEHNER (A-9)
James DiBoise, Esq.
Daniel J. Bergeson, esq.
Wilson, Sonsini, Goodrich & Rosati
Two Palo Alto Square, #900
Palo Alto, CA 94306

M.B. DALITZ, ETC. (A-10)
Dirk T. Metzger, Esq.
1400 Columbia Center Bldg.
401 West "A" Street
San Diego, CA 92101

ROBERT D. KENNEY, ET AL. (A-11)
Lon D. Packard, Esq.
Packard, Packard & Bennion
260 Sheridan Avenue, Suite 208
Palo Alto, CA 94306

EARL LEWIS, ET AL. (A-12)
John H. L'Estrange, Jr., Esq.
Wright & L'Estrange
701 "B" Street, Suite 2160
San Diego, CA 92101

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. _2_____

DOCKET NO. _653_ -- In re American Principals Securities Litigation

MARK CALVIN WITMER, ET AL. (A-13)
Robert S. Brewer, Jr., Esq.
Dyer, Brewer & Walton
101 W. Broadway, Suite 520
San Diego, CA  92101

GREENAMYER ENGINEERING AND
  TECHNOLOGY CO., INC. (A-15)
Stephen P. Oggel, Esq.
Christison, Martin & Oggel
450 "B" Street, Suite 1500
San Diego, CA  92101

JOSEPH ADLER, ET AL. (A-17)
RALPHE VAWTER (A-28)
Allan J. Reniche, Esq.
James C. Krause
Reniche & Krause
1010 Second Avenue, Suite 1521
San Diego, CA  92101

MITCHELL HALOPOFF, ET AL. (A-18)
Douglas P. Smith, Esq.
Merserve, Mumper & Hughes
5190 Campus Drive
Newport Beach, CA  92660

RAYMOND E. CURTIS, ET AL. (A-19)
WAYNE JETT (A-20)
Christopher M. Laquer, Esq.
Jett, Clifford & Laquer
3055 Wilshire Boulevard, Suite 420
Los Angeles, CA  90010

FRANK ADAMS, ET AL. (A-21)
Arnold M. Stone, Esq.
Stone, Fehn & LaScala
10880 Wilshire Blvd., Suite 1007
Los Angeles, CA  90024-4111

DONALD R. PAOLILLI, ET AL. (A-22)
William M. Smiland, Esq.
Donelly, Clark & Chase
707 Wilshire Blvd., 32nd Floor
Los Angeles, CA  90017

WILLIAM J. MacDONALD, ET AL. (A-23)
Mark H. Gunderson, Esq.
50 West Liberty, Suite 970
Reno, NV  89501
(NO APPEARANCE RECEIVED)

JEROME M. ALPER, ET AL. (A-29)
Jerome M. Alper, Pro Se
Lawrence & Susan Mann, Pro Se
818 18th St., N.W., Suite 1020
Washington, D.C.  20006

ROGER E. BESSMER (A-30)
Russell C. Leffel, Esq.
7315 Frontage Road, Suite 111
Shawnee Mission, KS  66204

TWIN CITY FREIGHT, INC., ET AL. (A-31)
Ted S. Meikle, Esq.
Frederikson & Byron, P.A.
1100 International Centre
Minneapolis, MN  55402

ROBERT LIEBERMAN, ET AL. (A-32)
(NO APPEARANCE RECEIVED)
Morgan, Melhuish, Monaghan, Arvidson,
  Abrutyn & Lisowski
651 West Mt. Pleasant Avenue
Lingtonston,, NJ  07039

AMERICAN PRINCIPALS LEASING
  CORP. INVESTORS TRUST
J.E. Schneider, Inc.
James E. Schneider
2169 First Avenue
San Diego, CA  92101

COOPERS & LYBRAND
Donald L. Salem, Esq.
Luce, Forward, Hamilton & Scripps
110 West "A" Street, Ste. 1700
San Diego, CA  92101

JPML FORM 2A -- Continuation

Counsel of Record -- p. __3__

DOCKET NO. __653__ -- <u>In re American Principals Securities Litigation</u>

---

CROUCH & BANNASCH
Richard F. Oetting, Esq.
Barton, Klugman & Oetting
333 South Grand Avenue, 37th Floor
Los Angeles, CA  90071-1599

ALFRED DAVINO
Howard L. Mayo, Esq.
Holley & Galen
800 S. Figueroa St., Suite 1100
Los Angeles, CA  90017

AMERICAN PARTNERS, INC.
AMERICAN PRINCIPALS CORP.
AMERICAN PRINCIPALS FINANCIAL CORP.
AMERICAN PRINCIPALS LEASING CORP.
AMERICAN WINDPOWER, INC.
ASHLEY S. ORR (as receiver for
<u>American Principals Holdings, Inc.</u>)
James M. Gansinger, Esq.
Gansinger & Pick
619 S. Olive Street, Suite 303
Los Angeles, CA  90014

WILLIAM J. DALE
<u>DALE & LLOYD</u>      (MOVANT)
David C. Doyle, Esq.
MacDonald, Halsted & Laybourne
101 West Broadway, Suite 1200
San Diego, CA  92101
(619) 236-1441

WILLIAM A. FATES
Paul B. Wells, Esq.
Thomas R. Laube, Esq.
Procopio, Cory, Hargreaves and Savitch
530 "B" Street, Suite 1900
San Diego, CA  92101

FINALCO, INC.
Peter I. Ostroff, Esq.
Sidley & Austin
2049 Century Park East
Suite 3500
Los Angeles, CA  90067
(NO APPEARANNCE RECEIVED)

FIRST NATIONWIDE FINANCIAL CORP.
FIRST NATIONWIDE SAVINGS AND LOAN
ASSOCIATION
FIRST NATIONWIDE SAVINGS AND LOAN
FIRST NATIONWIDE SAVINGS
<u>UNITED FINANCIAL CORP. OF SAN FRANCISCO</u>
Kenneth G. Hausman, Esq.
Howard, Rice, Nemerovski, Canady,
   Robertson & Falk
Three Embarcadero Center, 7th Floor
San Francisco, CA  94111

<u>PRIVATE LEDGER FINANCIAL SERVICES, INC.</u>
Michael L. Kirby, Esq.
Post, Kirby, Noonan & Sweat
701 "B" Street, Suite 1400
San Diego, CA  92101

ROGER & WELLS
Mitchell L. Lathrop, Esq.
101 West Broadway, Suite 2000
San Diego, CA  92101

CLAUDETTE SACKETT
HUGH F. SACKETT
Ronald J. Silver, Esq.
Weissmann, Wolff, Bergman,
   Coleman & Schulman
9665 Wilshire Blvd., Suite 900
Beverly Hills, CA  90212

<u>TITAN CAPITAL CORPORATION</u>
Eugene W. Bell, Esq.
Jones, Bell, Simpson & Abbott
800 Wilshire Blvd., Suite 500
Los Angeles, CA  90017

JPML FORM 2A -- Continuation ⊛

Counsel of Record -- p. 4

DOCKET NO.   653 -- In re American Principals Securities Litigation

---

LOTHAIR H. WOLFF
Michael T. Nilan, Esq.
Poplam, Haik, Schnobrick, Haufman
  & Gatz
4344 IDS Center
Minneapolis, MN  55402
(NO APPEARANCE RECEIVED)

W. CARL ZIMMERMAN
MARGARET P. ZIMMERMAN
Raymond F. Zvetina, Esq.
Haskins, Nugent, Newham, Kane
  & Zvetina
110 West "C" Street, Suite 2300
San Diego, CA  92101

(NO APPEARANCES RECEIVED)
AMERICAN FINANCIAL MARKETING
AMERICAN PRINCIPALS GROUP
AMERICAN PRINCIPALS HOLDING, INC.
AMERICAN PRINCIPALS TRUST
ARLINGTON PARTNERS LTD.
CALIFORNIA-AMERICAN FINANCIAL PARTNERS,
LTD.
CONCORD LODGING, LTD.
DALLAS-AMERICAN PARTNERS, LTD.
DEEPSCAN RESEARCHERS, LTD.
DEEPSCAN, LTD.
DESERT SKY INVESTORS, LTD.
FLEX-STRAW, LTD.
MADISON PARTNERS, LTD.
MED-PROP, LTD.
NEVADA-AMERICAN PARTNERS, LTD.
PARK VIEW INVESTORS, INC.
POMONA PARTNERS LTD.
RIALTO PARTNERS, LTD.
RICHLAND PARTNERS, LTD.
SALT LAKE PARTNERS, LTD.
SAN VINCENTE MEDICAL PARTNERS, LTD.
UTAH PARTNERS, LTD.
APRIL PARTNERS, LTD.
James M. Gansinger, Esq.
(already listed)

EDWARD HEAGEN
ASSET CAPITAL CORP.
(NO APPEARANCE RECEIVED)
Arnold M. Stone, Esq.
(already listed)

(NO APPEARANCE RECEIVED)
ASSOCIATED PLANNERS SECURITIES CORP.
12101 Tiptoe Lane
Los Gatos, CA  94022

(NO APPEARANCE RECEIVED)
B.C. CHRISTOPHER SECURITIES, INC.
CT Corpration System
800 So. Figueroa Street
Los Angeles, CA  90017

(NO APPEARANCE RECEIVED)
LESLIE M. CROUCH
WILLIAM S. BANNASCH
Richard F. Oetting, Esq.
(already listed)

(NO APPEARANCE RECEIVED)
ROBERT BARRERE, JR.
BINGHAM BRENT
Eugene Bell, Esq.
(already listed)

RICHARD S. BRAND
LUTE MASON
DUANNE RAINVILLE
VINCENT (VAL) CLENARD
David Rottenberg, Esq.
302 Lion Building
1660 Hotel Circle North
San Diego, CA  92108

.JPML. FORM 2A -- Continuation

Counsel of Record -- p. __5__

DOCKET NO. __653__ -- In re American Principals Securities Litigation

(NO APPEARANCE RECEIVED)
BRAND FINANCIAL SERVICES, INC.
  d/b/a R.B. Investment Advisers
5871 Oberlin Drive
San Diego, CA  92121

(NO APPEARANCE RECEIVED)
BROCK HOTEL CORPORATION
BROCK RESIDENCE INNS, INC.
  a/k/a BROCK SUITE HOTELS, INC.
The Corp. Co., Inc.
First National Bank Bldg.
Topeka, KS  66603

(NO APPEARANCE RECEIVED)
JAMES COURTER
(unable to determine counsel)

ROBERT A. BANDEEN
DONALD G. PAYNE
CROWN FINANCIAL SERVIES
CROWNX INC.
CROWN LIFE INSURANCE CO. OF CANADA
William E. Grauer, Esq.
Gray, Cary, Ames & Frye
1700 First Interstate Plaza
San Diego, CA  92101-4219

(NO APPEARANCE RECEIVED)
FRED DAVIS
1545 Shadow Knolls Court
El Cajon, CA  92020

(NO APPEARANCE RECEIVED)
DENNIS RENTER & ASSOCIATES
#15 San Martin Way
Corona Del Mar, CA  92625

(NO APPEARANCE RECEIVED)
DONALD D. DOERGE
(unable to determine address)

(NO APPEARANCE RECEIVED)
FRANK DUFFY
(unable to determine counsel)

(NO APPEARANCE RECEIVED)
E.I. TARIN & CO.
Edwin I. Tarin
613 Seventh Avennue North
Texas City, TX  77590

(NO APPEARANCE RECEIVED)   (corp. let....)
H.B. FENN
6131 Paso Delicias
Rancho Santa Fe, CA  92067

(NO APPEARANCE RECEIVED)
FINANCIAL DIRECTIONS
192 Third Avenue
Westwood, NJ  07675

(NO APPEARANCE RECEIVED)
FINANCIAL MARKETING
(unable to determine counsel)

(NO APPEARANCE RECEIVED)
FIRST COLONY FUNDING CORP.
Fred M. Powers
1613 Manning Ave., Suite A
Los Angeles, CA  90024

(NO APPEARANCE RECEIVED)
GREGORY D. FITZPATRICK
Douglas M. Shepersky, Esq.
Blatchley & Shepersky
530 "B" Street, Suite 2315
San Diego, CA  92101

BROCK HOTEL CORPORATION
SHOWBIZ PIZZA PLACE, INC.
BROCK SUITE HOTELS, INC.
  (formerly Brock Residence Inns)
William Frank Carroll, Esq.
Martha J. Hardwick, Esq.
W. Ralph Canada, Jr., Esq.
Stinson, Mag & Fizzell
3745 InterFirst Two
Dallas, TX  75270

JPML FORM 2A -- Continuation  ⊛

Counsel of Record -- p. ___6___

DOCKET NO. ___653___ -- __In re American Principals Securities Litigation__

---

(NO APPEARANCE RECEIVED)
<u>ORREN A. GILBERT</u>
John A. Mitchell, Esq.
3579 Fifth Avenue, Suite A
San Diego, CA  92103

(NO APPEARANCE RECEIVED)
HARRY R. GILLESPIE
7960 Via Capri
La Jolla, CA  92037

(NO APPEARANCE RECEIVED)
TONY GOODRUM
3007 Minoa Way
San Diego, CA  92139

(NO APPEARANCE RECEIVED)
F.J. HAGEN
35053 Alpine Blvd., #10
Alpine, CA  92001

(NO APPEARANCE RECEIVED)
STAN HARGRAVE
1208 Cannary Court
Grand Terrace, CA  92324

(NO APPEARANCE RECEIVED)
DWAYNE A. HARRISON
(unable to determine counsel)

(NO APPEARANCE RECEIVED)
RALPH HOLEWINSKI
3530 Camino Del Rio North
San Diego, CA  92108

<u>EDWIN G. HUBERT</u>
William Smitherman, Esquire
Smitherman & Sacks
2200 East River Road, Suite 104
Tucson, Arizona  85718

(NO APPEARANCE RECEIVED)
DOLAN HYDE
6775 Beadnell Way
San Diego, CA  92117   *Removed per request of party*

IMPERIAL BANK
Robert J. DeMarco, Esq.
Cox, Castle & Nicholson
2049 Century Park East, 28th Floor
Los Angeles, CA  90067

(NO APPEARANCE RECEIVED)
RUSSELL H. JOHNSON
1270 Country Club Drive
Los Altos, CA  94022

(NO APPEARANCE RECEIVED)
<u>CLARK JOLLEY</u>
Donald N. Renda, Esq.
30423 Canwood
Agoura Hills, CA  91307

<u>LA JOLLA BANK & TRUST COMPANY</u>
Gerald L. McMahon, Esq.
Seltzer Caplan Wilkins & McMahon
3003-3043 Fourth Avenue
Post Office Box X 33999
San Diego, CA  92103

(NO APPEARANCE RECEIVED)
AL MACELMURRY
12101 Tiptoe Lane
Los Gatos, CA  94022

(NO APPEARANCE RECEIVED)
<u>MEDI-SCAN RESEARCH, LTD.</u>
Christopher Laquer, Esq.
Jett, Clifford & Laquer
3055 Wilshire Boulevard
Suite 420
Los Angeles, CA  90010

JPML FORM 2A -- Continuation

Counsel of Record -- p. 7

DOCKET NO. 653 -- In re American Principals Securities Litigation

---

(NO APPEARANCE RECEIVED)
KENNETH C. MILES
(unable to determine address)

(NO APPEARANCE RECEIVED)
STEVEN W. MILLER
(unable to determine address)

(NO APPEARANCE RECEIVED)
TOM MILLER
5422 Adobe Falls Road
San Diego, CA  92120

(NO APPEARANCE RECEIVED)
JOHN MITCHELL
(unable to determine counsel)

(NO APPEARANCE RECEIVED)
ALFRED E. MONAHAN
4365 Allen School Lane
Bonita, CA  92002

(NO APPEARANCE RECEIVED)
MORTGAGE GUARANTY PARTNERS, LTD.
 and MORTGAGE GUARANTY, LTD.
c/o Zimmerman
Harbor Capital
225 Broadway, Suite 1500
San Diego, CA  92101

ARGUS ASSOCIATES
RICHARD MCFARLAND  *per request*
EQUITY ENGINEERING
CAROL GODSAVE
Thomas N. Makris, Esquire
Rosenblum, Parish & Bacigalupi, P.C.
114 Sansome Street, 10th Floor
San Francisco, California 94104

(NO APPEARANCE RECEIVED)
MOTEL ADVISORS CORPORATION
Gregory D. Fitzpatrick, Esq.
2262 Carmel Valley Road
Del Mar, CA  92014

(NO APPEARANCE RECEIVED)
NATIONAL FINANCIAL PLANNERS, INC.
1270 Country Club Drive
Los Altos, CA  94022

(NO APPEARANCE RECEIVED)
J. ANDREW NIEDRINGHAUS
Post Office Box 6683
San Diego, CA  92106

(NO APPEARANCE RECEIVED)
PORTFOLIO GUARANTY MANAGEMENT, INC.
Harbor Capital
225 Broadway, Suite 1500
San Diego, CA  92101

(NO APPEARANCE RECEIVED)
PRIVATE LEDGER FINANCIAL, INC.
Michael L. Kirby, Esq.
(already listed)

RANCHO BERNARDO PARTNERS, LTD.
Keith McWilliams, Esq.
600 "B" Street, Suite 1400
San Diego, CA  92101

DAVID L. ROSIER
William H. Naumann, Esq.
Sparber & Ferguson
701 "B" Street, Suite 800
San Diego, CA  92101

JPML FORM 2A -- Continuation ⊛

Counsel of Record -- p. __8__

DOCKET NO. __653__ -- In re American Principals Securities Litigation

---

(NO APPEARANCE RECEIVED)
SACRAMENTO IX DEBENTURES, LTD.
SACRAMENTO IX, LTD.
SACREMENTO-VIII, LTD.
(unable to determine counsel)


(NO APPEARANCE RECEIVED)
THOMAS G. SCALZO
(unable to determine address)


(NO APPEARANCE RECEIVED)
BARRY SHNECK
MICHAEL SHER
RONALD L. SHER
192 Third Avenue
Westwood, NJ  07675

(NO APPEARANCE RECEIVED)
SHOWBIZ PIZZA PLACE, INC.
 aka SHOWBIZ PIZZA TIME, INC.
The Corp. Co., Inc.
First National Bank Building
Topeka, KS  66603

(NO APPEARANCE RECEIVED)
TOM SCHEUNEMAN
Richard W. Page, Esq.
Page, Tucker & Brooks
450 "B" Street, Suite 1280
San Diego, CA.  92101

FREDERICK J. SIMONEAU
William O. Ward, III, Esq.
Solomon, Ward, Seidenwurm & Smith
600 B Street, Suite 2100
San Diego, CA  92101

(NO APPEARANCE RECEIVED)
THE PLACEMENT GROUP, LTD., INC.
192 Third Avenue
Westwood, NJ  07675


(NO APPEARANCE RECEIVED)
TITAN CO.
Eugene Bell, Esq.
(already listed)

(NO APPEARANCE RECEIVED)
WEDBUSH, NOBLE & COOKE, INC.
Jill A. Lance
615 So. Flower Street
Los Angeles, CA  90017

(NO APPEARANCE RECEIVED)
WESTLAKE SECURITIES, INC.
Donald V. Renda, Esq.
(already listed)

EDWARD WHITEHURST
Lawrence I. Washor, Esq.
11500 West Olympic Boulevard
Suite 400
Los Angeles, CA  90064

(NO APPEARANCE RECEIVED)
C.A. WORKMAN
567 South Sierra Avenue
Solana Beach, CA  92075

(NO APPEARANCE RECEIVED)
HARRY C. ZIMMERMAN
30745 Del Rey Road
Rancho, CA  92390

HAROLD M. GOODMAN, B-34
John C.. Frieden
400 S.W. 8th, Suite 409
P.O. Box 639
Topeka, Kansas  66601

ERNEST SCHAEFFER, ET AL. (B-35)
James M. Fizzolio, Esq.
Fizzolio, Fizzolio & McLeod
12160 Victory Blvd.
Fifth Floor
North Hollywood, CA  91606

JPML FORM 2A -- Continuation

Counsel of Record -- p.  9

DOCKET NO.  653  --  In re American Principals Securities Litigation

=====================================================

UNABLE TO DETERMINE COUNSEL OR ADDRESS
FOR THE FOLLOWING DEFENDANTS:

ALL SERVICE FINANCIAL, INC.
AMERICAN PRINCIPALS GROUP
~~AMERICAN PRINCIPALS HOLDING, INC.~~
AMERICAN PRINCIPALS TRUST
APRIL PARTNERS, LTD.
DALWORTH A. CABELL
VERNON J. CHRISTENSON
GENE FELTON
FINCANCIAL PLANNING CONSULTANTS, INC.
ROBERT HAMMILL
IVG INDUSTRIEAN LAGEN INVESTITIONS-UND
   VERMIETUNGS-GESELLSCHAFT GmbH
EDWARD L. JAMES
LYMAN M. KIDDER
FRANK LEWIS
MANAGEMENT ASSETS
MESSEERSCHMITT-BOLKOW-BLOHM GmbH
MOTEL PARTNERS, INC., CORPORATIONS
PARMALEE INVESTMENTS, INC.
GORDON PEAY
FRED PIERACCI
REYES ADOBE GROUP
DON ROBERTS
MARK T. SAKANASHI
JAMES H. SMITH
SMITH TUCKER, INC.
JOSEPH TANENHAUS
ROGER TELLMAN
THOMAS T. TUCKER
DENNIS RAYMOND VAN SICKLE
VESPER FINANCING CORP.
WUVS INTERNATIONAL, INC.


MICHAEL JACKSON (Deft. B-35)
   (Unable to determine counsel
    or address)

ACCOUSTIC SYSTEMS, INC. (Deft. B-34&35)
600 North Firestone Road
Goleta, CA  93117

FINANCIAL COUNSEL, INC. (Deft. B-34)
Woodland Hills, CA

HEARNE CHRISTOPHER, General Manager
B. C. CHRISTOPHER CO.
4955 Alzeda
La Mesa, CA  92041

JPML FORM 2A -- Continuation ⊕

Counsel of Record -- p._____

DOCKET NO. 653   --   In re American principals Securities Litigation

HAROLD M. GOODMAN (C-36) (MOTION FILED 6/16/86)
John C. Freiden, Esq.
Freiden & Forbes
409 Capitol Tower
400 S.W. 8th Street
P.O. Box 639
Topeka, Kansas  66601

B.C. CHRISTOPHER  AND CO.
B.C. CHRISTOPHER SECURITIES Co.(DEFTS. IN C-36)
Reggie C. Giffin, Esq.
Morrison, Hecker, Curtis, Kuder
  & Parrish
1700 Bryant Building
1102 Grand Avenue
Kansas City, Missouri  64106-2370

DONALD F. GEORGE
JOHN J. COLLETT  (DEFTS. IN C-36)
Reggie C. Giffin, Esq.
(Same As Above)

JPML FORM 3

p.

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. **653** -- In re American Principals Securities Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| All Service Financial, Inc. | A-2 |
| American Financial Marketing | A-2, 6, 7, 15, 16, 17 |
| American Partners, Inc. | A-4, 6, 7, 10, 15, 16, 18, 20 - B-35 |
| American Principals Corp. | A-1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 17, 14, 15, 16, 17, 18, 19, 20, 21, 22, 25, 26, 27, 14, 25, 30, 31, 30, -B-34, B-35 |
| American Principals Financial Corp. | A-2, 3, 4, 5, 6, 7, 8, 9, 10, 13, 14, 15, 16, 17, 18, 19, 20, 22, 24, 25, 26, 27, 28, 31, 32 -B-34, B-35 |
| American Principals Group | A-2 |
| American Principals Holding, Inc. | A-2, 3, 4, 5, 6, 7, 8, 9, 10, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 26, 27, 28, 25, 27, 30, 31, 32, B-34, B-35 |
| American Principals Leasing Corp. | A-6, 7, 15, 16, 18, 19, 21, 22, 29 |
| American Principals Trust | A-2 |
| American Windpower, Inc. | A-6, 7, 15, 16, 18, 21 |
| April Partners, Ltd. | A-22 |

p. ___

| | |
|---|---|
| Argus Associates | A-2 |
| Arlington Partners Ltd. | A-31 |
| Asset Capital Corp. | A-13 |
| Asset Management Corp. | A-14, 18 |
| Associated Planners Securities Corp. | A-4 |
| B.C. Christopher Securities, Inc. | A-17 -B-34, C-36 |
| Bannasch, William S. | A-17, 18 |
| Barrere, Robert | A-12, 17 |
| Barrere, Robert, Jr. | A-7 |
| Bingham, Brent | A-2 |
| Brand Financial Services, Inc. | A-5 |

JPML FORM 3

P. _____

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. **653** -- In re American Principals Securities Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Brand, Richard S. | A-2, 3 |
| Brock Hotel Corp. | A-6, 7, A-22 |
| Brock Residence Inns, Inc. | A-5 |
| Cabell, Dalworth A. | A-17 |
| California-American Financial Partners, Ltd. | A-2, 10 |
| Christenson, Vernon J. | A-2, 18, 19, 20, 21 |
| Clenard, Vincent (Val) | A-2 |
| Concord Lodging, Ltd. | A-18 |
| Coopers & Lybrand | A-1, 2, 5, 13, 17, 19, 20, 21, 23, 32 |
| Courter, James | A-17 |
| Crouch & Bannasch | A-2, 13, 16, 19, 21, 22, 25, 26, 27, 23, 36, 31 |

p. _____

| | |
|---|---|
| Crouch, Leslie M. | A-11, A-21, 28 |
| Crown Financial Services | A-21 |
| Crown Life Insurance Co. of Canada | A-1, 2, 3, 4, 9, 14, 17, 18, 21, 22, 28<br>D-35 |
| Crownx Inc. | A-29 |
| Dale & Lloyd | A-2, 3, 4, 5, 6, 7, 8, 9, 31, 32 |
| Dale, William J. | A-2, 3, 4, 9 |
| Dallas-American Partners, Ltd. | A-32 |
| DaVino, Alfred | A-18, 28 |
| Davis, Fred | A-2, A-17 |
| Deepscan Researchers, Ltd. | A-13 = B-34 |
| Deepscan, Ltd. | A-13 |

JPML FORM 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. **653** -- <u>In re American Principals Securities Litigation</u>

| Name of Party | Named as Party in Following Actions |
|---|---|
| Dennis Renter & Associates | A-17 |
| Desert Sky Investors, Ltd. | 30, |
| Doerge, Donald D. | A-30 |
| Duffy, Frank | A-18 |
| E.I. Tarin & Co. | A-5 |
| Equity Engineering | A-2 |
| Fates, William A. | A-1,2,3,4,6,7,8,9,16,17,23,29 30,31 |
| Felton, Gene | |
| Fenn, H.B. | A-17 |
| Finalco | A-29 |
| Financial Directions | A-38 |

p. _____

| | |
|---|---|
| Financial Marketing | A-18 |
| Financial Planning Consultants, Inc. | A-17 |
| First Colony Funding Corp. | A-22 |
| First Nationwide Financial Corp. | A-18 |
| First Nationwide Savings | A-18, 21 |
| First Nationwide Savings and Loan | A-17, 18 |
| Fitzpatrick, Gregory D. | A-2, 3, 4, 8, 9, 11, 18, 19, 20, 21, 22, 24, 25, 26, 27, 28, 30, 31, 32 |
| Flex-Straw, Ltd. | A-15 |
| Gilbert, Orren A. | A-2, 3, 4, 6, 7, 8, 9, 14, 15, 16, 17, 18, 19, 21, 24, 25, 26, 27, 28, 31, 32 |
| Gillespie, Harry R. | A-17 |
| Goodrum, Tony | A-6, 7, 16 |

JPML FORM 3

p. _7_

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _653_ -- _In re American Principals Securities Litigation_

| Name of Party | Named as Party in Following Actions |
|---|---|
| Hagen, F.J. | A-14 |
| Hammill, Robert | A-14 |
| Hargrave, Stan | A-24, 26, 27 |
| Harrison, A. Wayne | A-17 |
| Heagen, Edward | A-18 |
| Holewinski, Ralph | A-14 |
| Howell, Carol a/k/a Godsave, Carol | A-2 |
| Hubert, Edward | ..., 25 |
| Hurbert, Edwin G. | A-14, 29, 29 |
| Hyde, Dolan | A-16, 17, 24, 25 |
| Imperial Bank | A-8 |

p. _____

| | |
|---|---|
| IVG Industriean Lagen Investitions-Und Vermietungs-Gesellschaft GmbH | A-22 |
| James, Edward L. | A-17 |
| Johnson, Russell H. | A 2, 4, 24, 25 |
| Jolley, Clark | A 2 |
| Kidder, Lyman M. | A-18 |
| La Jolla Bank & Trust Co. | A-3, 24, 25, 26, 27 |
| Lewis, Frank | A-14 |
| Macelmurray, Al | A-9 |
| Madison Partners, Ltd. | A-13 |
| Management Assets | |
| Mason, Lute | A 2 |

JPML FORM 3

p. _____

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. **653** -- In re American Principals Securities Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| McFarland, Richard <br> *per request* | A-2 |
| Med-Prop, Ltd. | A-22 |
| Medi-Scan Research, Ltd. | A-18 |
| Messeerschmitt-Bolkow-Blohm GmbH | A-22 |
| Miles, Kenneth C. | A-8, 24, 25 |
| Miller, Steven W. | A-18, 21, 22, 31 |
| Mitchell, John | A-21 |
| Monahan, Alfred E. | A-19 |
| Mortgage Guaranty Partners, Ltd. | A-22, 31 |
| Mortgage Guaranty, Ltd. | A-22, 31 |
| Motel Advisors Corp. | A-13 |

p. _____

| | |
|---|---|
| Motel Partners, Inc., Corporations | A-2 |
| National Financial Planners, Inc. | A-4 |
| Nevada-American Partners, Ltd. | A-16 |
| Niedringhaus, J. Andrew | A-22, 30, 31 |
| Orr, Ashley S. (as receiver for American Principals Holdings, Inc.) | A-18 |
| Park View Investors, Inc. | A-22 |
| Parmalee Investments, Inc. | A-22 |
| Partners Asset Management Corp. | A-2 |
| Payne, Donald G. | A-22, B-35 |
| Peay, Gordon | A-17 |
| Pieracci, Fred | |

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 653 ~~563~~ -- In re American Principals Securities Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Pomona Partners Ltd. | A-23 |
| Portfolio Guaranty Management Inc. | A-21, 22, 31 |
| Private Ledger Financial Services, Inc. | A-2, 3, 4, 5, 6, 7, 8, 9, 11, 13, 14, 16, 17, 18, 23, 24, 25, 26, 27, 28, 29 |
| Private Ledger Financial, Inc. | A-1, 19, 20, 21 |
| R.B. Investment Advisers | A-3 |
| Rainville, Dwayne | A-4 |
| Rancho Bernardo Partners, Ltd. | A-10 |
| Reyes Adobe Group | A-22 |
| Rialto Partners, Ltd. | A-13, 22 |
| Richland Partners, Ltd. | A-15 |
| Roberts, Don | A-17 |

p. _____

| | |
|---|---|
| Rogers & Wells | #2 |
| Rosier, David L. | A-12, 18, 19, 20 |
| Rozier, David | A-19, 25 |
| Sackett, Claudette D. | A-13, 19, 20, B-34, |
| Sackett, H.F., Mrs. | A-22 |
| Sackett, Hugh F. | A-1, A-2, 3, 4, 5, 6, 7, 8, 9, 13, 19, 20, 21, 22, 24, 25, 26, 27, 28, 30, 31, 32, B-34, B-35 |
| Sacramento IX Debentures, Ltd. | A-18 |
| Sacramento IX, Ltd. | A-18 |
| Sacramento-VII, Ltd. | A-31 |
| Sakanashi, Mark T. | 12 |
| Salt Lake Partners, Ltd. | A-22 |

JPML FORM 3

p. _13_

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _653_ -- _In re American  Principals Securities Litigation_

| Name of Party | Named as Party in Following Actions |
|---|---|
| San Vincente Medical Partners, Ltd. | A-11, 91 |
| Scalzo, Thomas G. | A-20, 22, 30, 31 |
| Scheuneman, Tom | A-2, 6, 7, 13, 16, 17, 18, 19, 20, 21, 28 |
| Sher, Michael | A-39 |
| Sher, Ronald L. | A-39 |
| Shneck, Barry | A-39 |
| Showbiz Pizza Place, Inc. | A-6, 7 |
| Simoneau, Frederick J. | A-20, 21, 30, 31 |
| Smith Tucker, Inc. | A-17 |
| Smith, James H. | A-17 |
| Softpro, Inc. | dktd 7/11/85 |

p. _14_

| | |
|---|---|
| Tanenhaus, Joseph | A-17 |
| Tellman, Roger | A-17 |
| The Placement Group, Ltd., Inc. | A-50 |
| Titan Capital Corp. | P 2, A-12, 17, 21, 31, B-35 |
| Titan Co. | A-7 |
| Tucker, Thomas T. | A-17 |
| United Financial Corp. of San Francisco | A-41 |
| Utah Partners, Ltd. | A-13 |
| Van Sickle, Dennis Raymond | A-13, 22 |
| Vesper Financing Corp. | A-22 |
| Wedbush, Noble & Cooke, Inc. | A-17 |

JPML FORM 3

p. 15

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 653 -- In re American Principals Securities Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| West Lake Securities, Inc. | A-2, 19 |
| Westlake Securities | |
| Whitehurst, Edward | A-1 |
| Wolff, Lothair H. | A-31 |
| Workman, C.A. | A-2, 6, 7, 16, 18, 31, 32 |
| Wuvs International, Inc. | A-23 |
| Zimmerman, Harry C. | A-2, 18, 19, 20, 22, 30, 31 |
| Zimmerman, Margret P. | A-13, 17, 20 - B-34 |
| Zimmerman, W. Carl | A-1, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, B-34, B-35 |
| Zimmerman, W.C., Mrs. | A-22 |
| Robert A. Bandeen (suspended comp?) | A-22 |

p. _____

| | |
|---|---|
| Accoustic Systems, Inc. | B-34, B-35 |
| Hearne Christopher | B-34 |
| Michael Jackson | B-34 |
| Alan B. Ungar | B-35 |
| Financial Counsel, Inc. | B-35 |
| Donald T. Lease | C-31 |
| John J. Collett | C-36 |
| | |
| | |
| | |
| | |