

DOCKET NO. 653

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE AMERICAN PRINCIPALS SECURITIES LITIGATION

TRANSFER ORDER

This litigation presently consists of 32 actions[1] pending in six districts as follows:

| | |
|---|---|
| Southern District of California[2] | 27 actions |
| District of Kansas | 2 actions |
| Central District of California | 1 action |
| District of the District of Columbia | 1 action |
| District of Minnesota | 1 action |

Before the Panel are a motion and cross-motions, pursuant to 28 U.S.C. §1407, by certain defendants to transfer all the actions pending outside the Southern District of California to that district for coordinated or consolidated pretrial proceedings with the actions pending there. The only parties to oppose transfer are plaintiffs in the District of the District of Columbia action.

On the basis of the papers filed,[3] the Panel finds that these actions involve common questions of fact and that centralization under Section 1407 in the Southern District of California will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. American Principals Holdings, Inc. (APHI) is a company that, through its subsidiaries, offered debt and equity interests in almost ninety different limited partnership interests to the public. APHI and entities controlled by it allegedly commingled the funds of most of these partnerships. The actions before the Panel are brought by parties purportedly injured by

---

[1]  The schedule of actions accompanying the original motion before the Panel lists 33 actions. One of those actions, Robert Lieberman, et al. v. Dallas-American Partners, Ltd., et al., D. New Jersey, C.A. No. 85-1351, was terminated on May 15, 1985. Accordingly, the question of transfer with respect to that action is moot.

[2]  One of these actions had been pending in the Central District of California and was subsequently transferred to the Southern District of California under 28 U.S.C. §1404.

[3]  The parties waived oral argument and, accordingly, the question of transfer in this docket was submitted on the briefs. Rule 14, R.P.J.P.M.L., 89 F.R.D. 273, 283-84 (1981).

that conduct and involve a common set of issues arising out of the promotion, management and operation of the APHI limited partnerships. Centralization under Section 1407 is thus necessary in order to eliminate duplicative discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary.

We are persuaded that the Southern District of California is the appropriate transferee district. We note that 1) 27 of the 32 actions are already pending there; 2) located in that district are i) the headquarters of APHI, its subsidiaries, and the limited partnerships, ii) the individual defendants who allegedly controlled APHI and related entities, and iii) most of the professionals (accountants and lawyers) retained by APHI and related entities -- thus many witnesses and relevant documents will be found in that district; and 3) a related Securities and Exchange Commission action is pending in that district, and related actions are pending in state courts located within that district.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the actions listed on the attached Schedule A and pending in districts other than the Southern District of California be, and the same hereby are, transferred to the Southern District of California and, with the consent of that court, assigned to the Honorable Gordon Thompson, Jr., for coordinated or consolidated pretrial proceedings with the actions pending in that district and listed on Schedule A.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

SCHEDULE A

MDL-653 -- In re American Principals Securities Litigation

### Central District of California

John A. Bussell, et al. v. Coopers & Lybrand, et al., C.A. No. 85-2330-TJH (Kx)

### District of the District of Columbia

Jerome M. Alper, et al. v. American Principals Holdings, Inc., et al., C.A. No. 85-1115

### District of Kansas

Roger E. Bessmer v. Desert Sky Investors, Ltd., et al., C.A. No. 85-2228

Jan E. Jester, et al. v. September Partners, Ltd., et al., C.A. No. 85-2218-S

### District of Minnesota

Twin City Freight, Inc. 1976 Revised Pension Plan, et al. v. American Principals Corp., et al., C.A. No. 4-85-CIV-532

### Southern District of California

Francis Buzun v. Private Ledger Financial Services, Inc., et al., C.A. No. 85-1711-GT (M)

Robert E. Peck, et al. v. American Principals Holding Co., Inc., et al., C.A. No. 85-0949-GT (CN)

C.R. Schaeffner, et al. v. American Principals Holding Co., Inc., et al., C.A. No. 85-0992-N (I)

Gerald J. Rosen, et al. v. American Principals Holdings, Inc., et al., C.A. No. 85-993-E (CM)

Mercer L. McClure, et al. v. American Principals Corp., et al., C.A. No. 85-0997-S (IEG)

Robert B. Hauser, et al. v. American Principals Corp., et al., C.A. No. 85-1009-B (IEG)

John L. Baumgarten, et al. v. American Principals Holdings, Inc., et al., C.A. No. 85-1049-GT (M)

William Lehner v. American Principals Holdings Company, Inc., et al., C.A. No. 85-1172-S (M)

M.B. Dalitz, etc. v. American Principals Holdings, Inc., et al., C.A. No. 84-2001-N (I)

Robert D. Kenney, et al. v. American Principals Corp., et al., C.A. No. 84-2907-E (CM)

Earl Lewis, et al. v. Titan Capital Corp., et al., C.A. No. 85-0952-E (IEG)

Mark Calvin Witmer, et al. v. American Principals Holdings, Inc., et al., C.A. No. 85-0966-GT (CM)

-2-

Dr. Gary Edward Glasgow, et al. v. American Principals Holding Co., Inc, et al., C.A. No. 85-0971-G (IEG)
Greenamyer Engineering and Technology Co., Inc. v. American Principals Holdings Inc., et al., C.A. No. 85-0987-B (M)
Joseph A. Koehler, et al. v. American Principals Corp., et al., C.A. No. 85-0998-GT (CM)
Joseph Adler, et al. v. American Principals Holdings, Inc., et al., C.A. No. 85-0999-GT (M)
Mitchell Halopoff, et al. v. American Principals Holdings, Inc., et al., C.A. No. 85-1000-E (I)
Raymond E. Curtis, et al. v. American Principals Corp., et al., C.A. No. 85-1005-B (M)
Wayne Jett v. American Principals Corp., et al, C.A. No. 85-1006-E (I)
Frank Adams, et al. v. American Principals Corp., et al., C.A. No. 85-1011-E (CM)
Donald R. Paolilli, et al. v. American Principals Holdings, Inc., et al., C.A. No. 85-1013-G (IEG)
William J. MacDonald, et al. v. American Principals Holdings, Inc., et al., C.A. No. 85-1017-N (I)
Kim J. Avarell, et al. v. American Principals Holdings, Inc., et al., C.A. No. 85-1047-E (I)
Kim J. Avarell, et al. v. American Principals Holdings, Inc., et al., C.A. No. 85-1048-G (IEG)
Richard Christensen, etc. v. American Principals Holdings, Inc., et al., C.A. No. 85-1050-S (CM)
Vernon Hall, et al. v. American Principals Holdings, Inc., et al., C.A. No. 85-1051-E (I)
Ralphe Vawter v. American Principals Holdings, Inc., et al., C.A. No. 85-1052-K (M)